UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMANDA MONETTE,

     Plaintiff,

v.                                                                                 Case No.:  8:25-cv-171-AAS

FRANK BISIGNANO,
Commissioner of the Social
Security Administration,

     Defendant.
_____/

## ORDER

Plaintiff Amanda Monette moves for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 28). The Commissioner does not oppose the motion. (*Id.* at p. 5).

Ms. Monette requests $6,064.55 in attorney's fees and $405.00 in costs. The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. A March 25, 2026 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 24). The Clerk of Court entered judgment in favor of Ms. Monette. (Doc. 25).

The Commissioner does not contest the following: Ms. Monette is the prevailing party; the Commissioner's position was not substantially justified; and Ms. Monette's attorney's fees and costs request is reasonable. A court

should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Ms. Monette is entitled to $6,064.55 in attorney's fees and $405.00 in costs.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Ms. Monette owes a debt to the United States. Ms. Monette assigned her rights to EAJA fees and costs to her attorney. (Doc. 28-2). So, if Ms. Monette has no federal debt, the United States will accept her assignment of EAJA fees and costs and will pay them directly to counsel.

Accordingly, it is **ORDERED** that Ms. Monette's motion for attorney's fees under the EAJA (Doc. 28) is **GRANTED**. Ms. Monette is awarded **$6,064.55** in attorney's fees and **$405.00** in costs.

**ORDERED** in Tampa, Florida, on June 26, 2026.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2